IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NASON HOMES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:14-cv-001656 |
| v. ) | Chief Judge Haynes |
| ) | |
| SINGLETARY CONSTRUCTION, LLC, ) | |
| and BURT SINGLETARY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Initial Case Management Conference in this action is reset for **Friday, November 7, 2014 at 2:00 p.m.** at the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

**ENTERED** this the 2nd day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge